**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Henry Clifford JOHNSON,**
**Defendant–Appellant.**

**No. 07–10444**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 3, 2007.

Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Latisha Vanese Colvin, Peter J. Madden, Kristen Gartman Rogers, Federal Defenders Office, Carlos Alfredo Williams, Federal Defender Org., Mobile, AL, for Defendant–Appellant.

784

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Latisha V. Colvin, appointed counsel for Henry Clifford Johnson on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's conviction and sentence are **AFFIRMED.** Johnson's motion for new counsel is, accordingly, **DENIED.**